United States District Court
Southern District of Texas

**ENTERED**

March 27, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY HARRIS,<br>TDCJ #1036122, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-3167 |
| WARDEN BLAKE LAMB,<br>et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE